UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., a Delaware corporation; MURRAY A. JOHNSTONE, M.D., an individual; and DUKE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>ATHENA COSMETICS, INC., a Nevada corporation, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | *Lead Case:*<br>CASE NO. SACV07-1316 JVS (RNBx)<br>*Consolidated with:*<br>CASE NO. SACV09-0328 JVS (RNBx)<br><br>Honorable James V. Selna<br><br>**FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b) ON PLAINTIFF ALLERGAN, INC.'S FOURTH CLAIM FOR RELIEF** |

The Court, having granted the Motion for Judgment on the Pleadings regarding Plaintiff Allergan, Inc.'s Fourth Claim for Relief brought by Defendants Athena Cosmetics, Inc., Pharma Tech International, Inc., and Northwest Cosmetic Laboratories, LLC, and having dismissed Plaintiff Allergan, Inc.'s Fourth Claim for Relief with prejudice on March 3, 2010, and having further ordered the March 3, 2010 dismissal of Plaintiff Allergan, Inc.'s Fourth Claim for Relief to also apply to Defendants Peter Thomas Roth, Inc.; Peter Thomas Roth Labs, LLC; Lifetech

Resources, LLC; and Rocasuba, Inc., on March 11, 2010, and on March 15, 2010, and finding no just reason for delay, and further finding good cause to exist, hereby

**ORDERS, ADJUDGES AND DECREES:**

(1) Final judgment is hereby ordered pursuant to Federal Rule of Civil Procedure 54(b) on Plaintiff Allergan, Inc.'s Fourth Claim For Relief in favor of Defendants Athena Cosmetics, Inc.; Cosmetic Alchemy, LLC; Northwest Cosmetic Laboratories, LLC; Pharma Tech International, Inc.; Stella International, LLC; Product Innovations, LLC; Metics, LLC; Peter Thomas Roth, Inc.; Peter Thomas Roth Labs, LLC; Lifetech Resources, LLC; and Rocasuba, Inc.; and

(2) There is no just reason for delay in the entry of this Final Judgment, and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: May 14, 2010

_____
Honorable James V. Selna

Respectfully submitted by:

T. KEVIN ROOSEVELT
FINLAYSON WILLIAMS TOFFER
  ROOSEVELT & LILLY LLP

JEFFREY T. THOMAS
JOHN N. CARTER
GIBSON, DUNN & CRUTCHER LLP


By: /s/Jeffrey T. Thomas
       Jeffrey T. Thomas

Attorneys for Plaintiffs ALLERGAN, INC., MURRAY A. JOHNSTONE, M.D., and DUKE UNIVERSITY

100863285_1.DOC