JEFFREY T. THOMAS (SBN 106409)
  jtthomas@gibsondunn.com
CHRISTOPHER B. CAMPBELL (SBN 229120)
  ccampbell@gibsondunn.com
JOHN N. CARTER (SBN 246886)
  jcarter@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California  92612-4412
Telephone:  (949) 451-3800
Facsimile:   (949) 451-4220

T. KEVIN ROOSEVELT (SBN 205485)
  kroosevelt@fwtrl.com
FINLAYSON WILLIAMS TOFFER
  ROOSEVELT & LILLY LLP
15615 Alton Parkway, Suite 250
Irvine, California  92618
Telephone:  (949) 759-3810
Facsimile:   (949) 759-3812

Attorneys for Plaintiffs ALLERGAN, INC.;
MURRAY A. JOHNSTONE, M.D.; and
DUKE UNIVERSITY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ATHENA COSMETICS, INC., et al.,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS. | *Lead Case:*<br>CASE NO SACV07-01316 JVS (RNBx)<br><br>*Consolidated with:*<br>CASE NO SACV09-0328 JVS (RNBx)✓<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS EXCEPT ALLERGAN INC.'S FOURTH CLAIM FOR RELIEF**<br><br>Hon. James V. Selna<br>**Hearing:**<br>Date:    April 22, 2013<br>Time:   1:30 p.m.<br>Place:  Courtroom 10C<br>Judge:  James V. Selna |

The Court, having considered the Joint Motion to Dismiss all Claims and Counterclaims Except Allergan, Inc.'s Fourth Claim for Relief for Unfair Competition under California Business & Professions Code sections 17200 *et seq.*, and finding good cause to exist, hereby **GRANTS** the Parties' Motion and **DISMISSES WITHOUT PREJUDICE** the following claims and counterclaims:

1. Plaintiff Allergan, Inc. and Murray A. Johnstone, M.D.'s First Claim for Relief for Infringement of United States Patent No. 6,262,105;
2. Plaintiff Allergan, Inc.'s Second Claim for Relief for Infringement of United States Patent No. 7,351,404;
3. Plaintiff Allergan, Inc.'s Fifth Claim for Relief for False Advertising and Unfair Competition, Lanham Act § 43(a);
4. Plaintiff Allergan, Inc.'s Sixth Claim for Relief for California False Advertising, Common Law and California Business & Professions Code sections 17500 *et seq.*;
5. Defendant Athena Cosmetics, Inc., Pharma Tech International, Inc., and Northwest Cosmetic Laboratories, LLC's First Counterclaim for Declaratory Judgment of Non-Infringement of United States Patent No. 6,262,105;
6. Defendant Athena Cosmetics, Inc., Pharma Tech International, Inc., and Northwest Cosmetic Laboratories, LLC's Third Counterclaim for Declaratory Judgment of Non-Infringement of United States Patent No. 7,351,404;
7. Defendant Athena Cosmetics, Inc., Pharma Tech International, Inc., and Northwest Cosmetic Laboratories, LLC's Fourth Counterclaim for Declaratory Judgment of Invalidity of United States Patent No. 7,351,404;
8. Defendant Athena Cosmetics, Inc., Pharma Tech International, Inc., and Northwest Cosmetic Laboratories, LLC's Fifth Counterclaim for Declaratory Judgment of Unenforceability of United States Patent No.

1         7,351,404;

2   9. Defendant Athena Cosmetics, Inc.'s Eighth Counterclaim for Monopolization in Violation of 15 U.S.C. § 2;

3   10. Defendant Athena Cosmetics, Inc.'s Ninth Counterclaim for Attempted Monopolization in Violation of 15 U.S.C. § 2;

4   11. Defendant Athena Cosmetics, Inc.'s Tenth Counterclaim for Lanham Act – Unfair Competition;

5   12. Defendant Athena Cosmetics, Inc.'s Eleventh Counterclaim for Lanham Act – Trademark Infringement; and

6   13. Defendant Athena Cosmetics, Inc.'s Twelfth Counterclaim for Lanham Act – False Designation of Origin.

The Court further **GRANTS** the Parties' Motion by **DISMISSING** Plaintiff Allergan, Inc.'s Fourth Claim for Relief for Unfair Competition under California Business & Professions Code sections 17200 *et seq.*, as to Defendants Pharma Tech International, Inc., and Northwest Cosmetic Laboratories, LLC, **WITH PREJUDICE**.

The Court will separately enter final judgment on Plaintiff Allergan, Inc.'s Fourth Claim for Relief for Unfair Competition under California Business & Professions Code sections 17200 *et seq.*, against Athena Cosmetics, Inc., pursuant to Federal Rule of Civil Procedure 54(b).

The Court vacates the April 22, 2013 hearing.

**IT IS SO ORDERED**

Dated: March 28, 2013

                                        James V. Selna
                                        United States District Judge

Gibson, Dunn & Crutcher LLP